

# NUMBER 13-18-00417-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PLAINSCAPITAL BANK, YVONNE TREVINO, AND JIM KRIEGER

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Benavides
### Per Curiam Order

Relators PlainsCapital Bank, Yvonne Trevino, and Jim Krieger filed a petition for writ of mandamus and motion for emergency stay in the above cause seeking to compel the trial court to vacate a July 27, 2018 discovery order and to dismiss this case for lack of jurisdiction, or alternatively, abate the case pending disposition of a related case pending in the Hidalgo County Probate Court, or alternatively, enter an amended order limiting discovery. Through their motion for emergency stay, relators seek to stay the trial court's July 27, 2018 order pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that the motion should be granted. The motion for emergency stay is GRANTED and the trial court's order of July 27, 2018 is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Jeff Richter as attorney-in-fact for Aleah Sue Richter, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
3rd day of August, 2018.